MICHAEL ZAPPOLO et al., Respondents, *v.* JOHN A. LANIGAN et al., Appellants.

(Argued October 8, 1936; decided October 23, 1936.)

*William Ryan* for appellants.

*John F. Wright* and *George H. Vinette* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.